THE PEOPLE OF THE STATE OF NEW YORK ex rel. Chemical Bank & Trust Company, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [NW Corner of E. 74th St. and Madison Ave., Borough of Manhattan.] — Order unanimously modified by fixing the values in the respective years as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–42 | $217,000 | $170,000 | $387,000 |
| 1942–43 | 208,000 | 165,000 | 373,000 |
| 1943–44 | 203,000 | 160,000 | 363,000 |

and as so modified affirmed, with $20 costs and disbursements to appellants. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

MICHAEL KOZAKOWSKI, Appellant, v. ST. MARKS MANOR COMMUNITY CENTER, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and grant a new trial on the ground that the proof of prior accidents was improperly excluded.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAY MITCHELL, MARGARET ACQUISTA and JESSICA NORMAN, Appellants.— Judgments affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Cohn, J., taking no part.

In the Matter of the Accounting of FREDERIC R. COUDERT et al., as Executors of John J. Hoff, Deceased, Respondents. JAMES N. VAUGHAN, as Special Guardian for ALIX E. LABOUCHERE et al., Appellant; ALIEN PROPERTY CUSTODIAN, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [186 Misc. 684.]

ZIPPER HOSPITAL, INC., Appellant, v. ABRAHAM PENNER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD HERMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See post, p. 1014.]

WILLIAM RUBIN, Plaintiff, v. PRUDENCE-BONDS CORPORATION, Respondent, and A. EDWARD MASTERS, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

WILLIAM RUBIN, Plaintiff, v. PRUDENCE-BONDS CORPORATION, Respondent, and A. EDWARD MASTERS, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BAYLOR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. M. CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [152–168 Maiden Lane, 71–75 South St., 27–35 DePeyster St. and 139–151 Front St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan annd Peck, JJ.